IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DERRICK KING**                                                      **PLAINTIFF**

         v.           Civil No. 09-05252

**SHERIFF KEITH FERGUSON,**
**ET AL.**                                                    **DEFENDANTS**

**O R D E R**

NOW on this 23rd day of February 2010, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #3), filed on November 17, 2009. Plaintiff Derrick King has filed objections to the Report and Recommendation (document #4).

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: Plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, **adopted *in toto***.

Accordingly, the Court hereby adopts the Report and Recommendation and dismisses Plaintiff's complaint with prejudice.

**IT IS SO ORDERED.**

                                         **/s/ Jimm Larry Hendren**
                                         **JIMM LARRY HENDREN**
                                         **UNITED STATES DISTRICT JUDGE**